IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:09CR120TSL-LRA

LONNIE WALKER

**FILED DEC 29 2009, J.T. NOBLIN, CLERK**

## MOTION AND ORDER TO SEAL

The United States of America requests that the Information herein be sealed, and represents the following:

The United States is conducting an investigation into several targets for health care fraud. The investigation is currently in a covert phase. Revealing the existence of the Information, and consequently the existence of the investigation, prior to the completion of the investigation and the potential indictment of the additional targets would greatly impede the ability of law enforcement agents to complete their investigation into the additional targets.

WHEREFORE, the United States requests that the Court SEAL the Information and this Motion and Order, pending the action of the grand jury with regard to the additional targets of the investigation related to this Information.

Respectfully submitted,

DONALD R. BURKHALTER
United States Attorney

By: /s/ J. Scott Gilbert
J. Scott Gilbert
Assistant U.S. Attorney

CONSIDERING THE FOREGOING, IT IS HEREBY ORDERED that the Information herein be sealed, as well as this Motion and Order to Seal.

IT IS FURTHER ORDERED that one copy of the Information and any other.

ORDERED this 29th day of December, 2009.

/s/ Linda R. Anderson
LINDA ANDERSON
UNITED STATES MAGISTRATE JUDGE