IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG  DIVISION


UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO: 3:09cr120TSL-LRA

LONNIE WALKER


ORDER TO UNSEAL

The United States of America requests that the Information herein be unsealed, and

represents the following:

Revealing the existence of the Information at this time would not jeopardize law enforcement

agents and would assist in the prosecution of the case.

Wherefore, the United States requests that the Court UNSEAL the Information.

Respectfully submitted,

DONALD R. BURKHALTER
United States Attorney

By:     s/ J. Scott Gilbert
J. Scott Gilbert
Assistant U.S. Attorney


Leave of Court is granted for the unsealing of the foregoing Information.

ORDERED this 10th  day of May,  2010.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE